SHERRY B. SHAVIT, ESQ.; SBN: 193222
JENNIFER S. MCGEORGE, ESQ.; SBN: 221679
**THARPE & HOWELL, LLP**
15250 Ventura Boulevard, Ninth Fl.
Sherman Oaks, CA 91403
Tel: (818) 205-9955
Fax: (818) 205-9944 fax
E-mail: sshavit@tharpe-howell.com
E-mail: jmcgeorge@tharpe-howell.com

J. KEVIN LILLY, ESQ.; SBN: 119981
**LITTLER MENDELSON, P.C.**
2049 Century Park East, 5th Fl.
Los Angeles, CA 90067
Tel: (310) 553-0308
Fax: (310) 553-5583 fax
E-mail: klilly@littler.com

Attorneys for Defendant,
PARAGON SYSTEMS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ MIRELES, WALTER BULLOCK, ALFONSO DOMINGUEZ, JEFFREY EASLEY, GREGORIO ESCOBEDO, BARRY FELDMAN, MANNY GARCIA, ANTHONY JENKINS, MARITZA LADRON, JAMES BENNETT, ROBERT NOWOSIELSKI, GUSTAVO RIVERA, VERNON TENNIS, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PARAGON SYSTEMS, INC., A California Corporation; and DOES 1 thru 50, inclusive,<br><br>Defendant. | Civil No. 3:13-cv-00122-L-BGS<br><br>**JOINT MOTION FOR DISMISSAL OF THIS ACTION IN ITS ENTIRETY WITH PREJUDICE** |

Pursuant to Civil Local Rule 7.2, Plaintiffs CRUZ MIRELES, WALTER BULLOCK, ALFONSO DOMINGUEZ, JEFFREY EASLEY, GREGORIO ESCOBEDO, MANNY GARCIA, ANTHONY JENKINS, MARITZA LADRON, JAMES BENNETT and GUSTAVO RIVERA (collectively, the "Plaintiffs") and Defendant PARAGON SYSTEMS, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, jointly move this Court for an order dismissing this action in its entirety, with prejudice. For the reasons explained in the Stipulation below, the Parties respectfully request that the Court grant the Parties' joint motion.

## STIPULATION

1. On June 2, 2016, Plaintiffs' counsel notified the Court that the parties had reached a settlement in this matter. [ECF Doc. No. 144.]

2. On July 15, 2016, the Court set a deadline of August 15, 2016 for the parties to file a Joint Motion for Dismissal and a proposed order. If this is accomplished, then the Court will vacate the Settlement Disposition Conference scheduled for August 16, 2016 at 9:00 a.m. [ECF Doc. No. 147.]

3. The Parties, through this Joint Motion, hereby request that this Court enter an order dismissing this action in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs. The Parties further request that the August 16, 2016 Settlement Disposition Conference be vacated.

Dated: August 11, 2016

THE BUTLER FIRM, APC

By: s/ Matthew B. Butler
MATTHEW B. BUTLER
Attorneys for Plaintiffs
E-mail: mbutler@butler-firm.com

Dated: August 15, 2016

THARPE & HOWELL, LLP

By: s/ Sherry B. Shavit
SHERRY B. SHAVIT
Attorneys for Defendant
PARAGON SYSTEMS, INC.
E-mail: sshavit@tharpe-howell.com

### SIGNATURE CERTIFICATION

I, Sherry B. Shavit, am the ECF User whose identification and password are being used to file this Joint Motion in Support of the Parties' Stipulation for Dismissal of this Action in Its Entirety with Prejudice. In compliance with ECF Rule 2(f)(4), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 15, 2016

THARPE & HOWELL, LLP

By: s/ Sherry B. Shavit
SHERRY B. SHAVIT
Attorneys for Defendant
PARAGON SYSTEMS, INC.
E-mail: sshavit@tharpe-howell.com

I:\25000-000\25707\PLEADINGS\JOINT MOTION TO DISMISS.DOCX

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221