UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ MIRELES, et al., <br><br> Plaintiff, <br><br> v. <br><br> PARAGON SYSTEMS, INC., <br><br> Defendants. | Case No.: 3:13-cv-00122-L-BGS <br><br> **ORDER DISMISSING COMPLAINT** |

Pursuant to the Parties' Joint Motion [Doc. 148] to dismiss under Fed. R. Civ. P. 41(a), the Court hereby dismisses this action with prejudice. Each party to bear their own costs.

Dated: August 22, 2016

*/s/ M. James Lorenz*
Hon. M. James Lorenz
United States District Judge